IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JEFF ELLIS, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| vs. | § | NO. 2:13-CV-00193-JRG-RSP |
| | § | |
| WESTLAKE CHEMICAL CORP., | § | |
| | § | |
| Defendant. | § | |

## AGREED FINAL JUDGMENT

In accordance with the parties' Joint Stipulation of Dismissal, IT IS ORDERED that:

1. This is a final judgment dismissing Plaintiff's claims with prejudice; and

2. The parties will bear their own costs of this action and their own attorney's fees.

All relief not expressly granted is denied.

**SIGNED this 16th day of April, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE